**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sandra C. Gamperl–Handlon** | Social Security number or ITIN **xxx–xx–6079** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **13–36430**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sandra C. Gamperl–Handlon
fka Sandra C. Gamperl, fka Sandra Gamperl

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

March 31, 2016

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-36430-TAB
Sandra C. Gamperl-Handlon  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1                Page 1 of 2                  Date Rcvd: Mar 31, 2016
                              Form ID: 3180W                 Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2016.
db           +Sandra C. Gamperl-Handlon,    2299 Dawson Lane,    Algonquin, IL 60102-5985
20988365    ++CITIFINANCIAL,    1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
              (address filed with court: CitiFinancial, Inc,    300 St. Paul Place,    Baltimore, MD 21202)
20988367     +CMRE Financial Services Inc,    3075 E Imperial Highway, Suite 200,    Brea, CA 92821-6753
20988363     +CitiFinancial Services,    605 Munn Road,   Fort Mill, SC 29715-8421
20988364     +CitiFinancial Services Inc,    15949 S. Harlem Avenue,    Tinley Park, IL 60477-1609
20988371      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20988372     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21059561      Grochocinski & Grochocinski,    9654 W 131st Street #41,    Shorewood IL 60404
20988373     +Ira T. Nevel,    175 N. Franklin,   #201,   Chicago, IL 60606-1847
20988374     +Macneal Hospital,    3249 S Oak Park Avenue,    Berwyn, IL 60402-0715
20988375     +Nationwide Credit & Co.,    815 Commerce Drive, Suite 100,    Oak Brook, IL 60523-8839
20988376     +Nationwide Credit & Collection,    P.O. Box 3159,    Hinsdale, IL 60522-3159
20988377     +Nationwide Credit & Collection, Inc.,    815 Commerce Drive,    Suite 270,
               Oak Brook, IL 60523-8852
20988378     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21240975      E-mail/Text: bankruptcy@alliantcreditunion.com Apr 01 2016 01:42:14     Alliant Credit Union,
               11545 W Touhy Avenue,    Chicago, IL  60666
21059562      E-mail/Text: bankruptcy@alliantcreditunion.com Apr 01 2016 01:42:14     Alliant Credit Union,
               Pob 66945,    11545 W Touhy Avenue,   Chicago IL 60666
21146994      EDI: BL-BECKET.COM Apr 01 2016 01:03:00      Capital One, N.A.,   c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
20988366     +EDI: CIAC.COM Apr 01 2016 01:03:00      CitiMortgage, Inc.,   1000 Technology Drive,
               O Fallon, MO 63368-2240
20988369      EDI: DISCOVER.COM Apr 01 2016 01:03:00      Discover Financial Services,    2500 Lake Cook Rd.,
               Deerfield, IL 60015
20988370      EDI: DISCOVER.COM Apr 01 2016 01:03:00      Discover Financial Services LLC,    Po Box 15316,
               Wilmington, DE 19850
21059552      EDI: IRS.COM Apr 01 2016 01:03:00      Department of the Treasury,    Internal Revenue Service,
               PO Box 7346,    Philadelphia PA 19101-7346
21005011      EDI: DISCOVER.COM Apr 01 2016 01:03:00      Discover Bank,   DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
21430306      EDI: JEFFERSONCAP.COM Apr 01 2016 01:03:00      Portfolio America Asset Management Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-9617
21059563     +EDI: CBSKOHLS.COM Apr 01 2016 01:03:00      Kohl's Credit,   N56 W17000 Ridgewood Drive,
               Menomonee Falls WI 53051-7096
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20988368*    +CMRE Financial Services, Inc,    3075 E. Imperial Highway, Suite 200,    Brea, CA 92821-6753
21200717*     Department of the Trueasury,    Internal Revenue Service,    P.O.Box 7346,
               Philadelpha,PA 19101-7346
21059557*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Federal Payment Levy Program,
               Stop 5050 Annex 5,    Pob 219236,   Kansas City MO 64121)
21059556*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Pob 802503,   Cincinnati OH 45280)
                                                                                          TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2              Date Rcvd: Mar 31, 2016
                              Form ID: 3180W               Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2016 at the address(es) listed below:
              Marilyn O Marshall    courtdocs@chi13.com
              Mohammed O Badwan     on behalf of Debtor 1 Sandra C. Gamperl-Handlon mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Nathan C Volheim    on behalf of Debtor 1 Sandra C. Gamperl-Handlon courtinfo@sulaimanlaw.com,
               molly.a@consumerlawpartners.com,sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Debtor 1 Sandra C. Gamperl-Handlon ecfbach@gmail.com,
               ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
               badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexp
               ress.info
                                                                                             TOTAL: 5
```